1  CENTER FOR DISABILITY ACCESS
   Raymond Ballister Jr., Esq., SBN 111282
2  Phyl Grace, Esq., SBN 171771
   Russell Handy, Esq., SBN 195058
3  Dennis Price, Esq., SBN 279082
   8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
   (858) 375-7385
5  (888) 422-5191 fax
   phylg@potterhandy.com
6
7  Attorneys for Plaintiff, BRIAN WHITAKER

8               UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
9

10 BRIAN WHITAKER,                  ) Case No.: 2:19-CV-09611-AB-E
                                    )
11       Plaintiff,                 ) **NOTICE OF SETTLEMENT AND**
     v.                             ) **REQUEST TO VACATE ALL**
12                                  ) **CURRENTLY SET DATES**
   LB TAP HOUSE INC., a California  )
13 Corporation; and Does 1-10,      )
                                    )
14       Defendants.                )
                                    )
15                                  )
                                    )
16                                  )
                                    )
17

18     The plaintiff hereby notifies the court that a global settlement has been reached in
19 the above-captioned case and the parties would like to avoid any additional expense,
20 and to further the interests of judicial economy.
21     The plaintiff, therefore, applies to this Honorable Court to vacate all currently set
22 dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all
23 parties will be filed within 60 days.

24 Dated: March 08, 2020         CENTER FOR DISABILITY ACCESS
25
26                               By: /s/ Amanda Lockhart Seabock
                                    Amanda Lockhart Seabock
27                                  Attorneys for Plaintiff
28

Notice of Settlement            -1-              2:19-CV-09611-AB-E