1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10
11
12

BRIAN WHITAKER,

Case No. CV 19-09611-AB (Ex)

13

Plaintiff,

14

v.

**ORDER DISMISSING CIVIL ACTION**

15

LB TAP HOUSE, INC., a California
Corporation; and Does 1-10,

16
17

Defendants.

18
19      THE COURT having been advised by counsel that the above-entitled action has

20  been settled;

21      IT IS THEREFORE ORDERED that this action is hereby dismissed without

22  costs and without prejudice to the right, upon good cause shown within **60 days,** to re-

23  open the action if settlement is not consummated.  This Court retains full jurisdiction

24  over this action and this Order shall not prejudice any party to this action.

25
26  Dated:  March 9, 2020      _____

27      ANDRÉ BIROTTE JR.
      UNITED STATES DISTRICT JUDGE

28

1.